# IN THE SUPREME COURT OF THE STATE OF NEVADA

THE STATE OF NEVADA; DIVISION OF FORESTRY; AND BOARD OF REGENTS OF NEVADA SYSTEM OF HIGHER EDUCATION, UNIVERSITY OF NEVADA, RENO,
Petitioners,
vs.
THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF WASHOE; AND THE HONORABLE SCOTT N. FREEMAN, DISTRICT JUDGE,
Respondents,
   and
EDWARD H. SCOTT; BART H. SCOTT; ROGER B. PRIMM; ROGER B. PRIMM FAMILY TRUST; EDWARD L. EVANS; SHANNON D. EVANS; GARY QUARISA; CLAUDIA QUARISA; BARBARA A. EVANS; NORMAN AND BARBARA EVANS FAMILY TRUST; SHIRLEY J. MCDERMOTT; CLIFF BROTHERS RANCH, LLC; JAMES R. BLUEBERG; MARY D. BLUEBERG; BLUEBERG FAMILY TRUST; CHARLES FALKENROTH; JACQUELINE FALKENROTH; FALKENROTH FAMILY TRUST; JOHN H. HEALY; MARY ANNE HEALY; MELVIN HOLLAND, JR.; ROBIN LAWRENCE; CAROLINE J. HOOTEN, INDVIDUALLY AND AS TRUSTEE OF THE CAROLINE J. HOOTEN REVOCABLE TRUST DATED MAY 4, 1998; JAN GOLDRESS; JAN GOLDRESS LIVING TRUST; MICHAEL LANGTON; RICHARD R. MASON;

No. 74271

FILED

DEC 2 1 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

18-909898

SHARLENE F. MASON; RICHARD R. MASON FAMILY TRUST; JOSEPH G. GANZ; CAROL GANZ; MERL F. STEWART; MERL F. STEWART TRUST; RICHARD D. ASH; CATHELINE M. ASH; SUSAN HOFFMAN; HOFFMAN LIVING TRUST; DENNIS S. SHINN; SHINN LIVING TRUST; ALLEN R. COPELAND; EDENIR COPELAND; JEFFREY J. NELSON; LAUREN D. NELSON; MICHAEL MOSS; DENNIS HOF, INDIVIDUALLY AND AS TRUSTEE OF THE MOUNDHOUSE 2000 TRUST, A/K/A THE MOUNDHOUSE 2000 TRUST; APAARA FARMS, LLC; PATRICIA E. FOX; GARY E. EISENHART; TAI FOX; ANNE M. HUBBELL; ANGEL FACE, LTD.; COUNTRY MUTUAL INSURANCE COMPANY; AMERICAN STRATEGIC INSURANCE CORP.; AMERICAN FAMILY INSURANCE; BANKERS STANDARD INSURANCE COMPANY; SAFECO INSURANCE COMPANY OF AMERICA; LIBERTY MUTUAL INSURANCE COMPANY; FIRE INSURANCE EXCHANGE; FARMERS INSURANCE EXCHANGE; THE AUTOMOBILE INSURANCE COMPANY OF HARTFORD CONNECTICUT; NATIONWIDE PRIVATE CLIENT AS UNDERWRITTEN BY CRESTBROOK INSURANCE COMPANY; PHILADELPHIA INDEMNITY INSURANCE COMPANY; THE STANDARD FIRE INSURANCE COMPANY; THE TRAVELERS HOME AND MARINE INSURANCE COMPANY; THE TRAVELERS

SUPREME COURT
OF
NEVADA

(O) 1947A

INDEMNITY COMPANY OF AMERICA; ALLSTATE INSURANCE COMPANY; ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY; ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY; STATE FARM GENERAL INSURANCE COMPANY; LAIRD DAVIS; LAIRD DAVIS TRUST; CAROLINE J. HOOTEN TRUST; TESSA ZEMKE AS PERSONAL REPRESENTATIVE OF THE ESTATE OF HUBERT ZEMKE, JR.; TESSA ZEMKE; ROBERT A. BITTMAN AND GERROL L. BITTMAN, INDIVIDUALLY AND AS TRUSTEES OF THE BITTMAN FAMILY TRUST AGREEMENT; DAVID BERKOVEC; KENNETH BERKOVEC; JEFFREY R. BOWEN; LORI A. BOWEN, INDIVIDUALLY AND AS TRUSTEE OF BOWEN FAMILY TRUST AGREEMENT; ALAN JOSEPH SEGO; CAROLYN LOUMAN SEGO, INDIVIDUALLY AND AS TRUSTEE OF LOUMAN/SEGO FAMILY TRUST; KENNETH C. CISZEK; DIANA M. CISZEK; MACLELLAN E. KING; ELIZABETH H. KING, INDIVIDUALLY AND AS TRUSTEE OF MACLELLAN AND ELIZABETH KING 1992 FAMILY TRUST; GEORGE H. HEUN; MICHAEL H. SONG; HOLLY KRISTEN SONG, INDIVIDUALLY AND AS TRUSTEE OF SONG FAMILY TRUST; LEBO NEWMAN; MERRILL NEWMAN; ROBERT F. RUSK; MARILYN L. RUSK; AND DEBRA L. SHELTRA, INDIVIDUALLY AND AS TRUSTEE OF THE SHELTRA TRUST,
Real Parties in Interest.

SUPREME COURT
OF
NEVADA

(O) 1947A

3

## ORDER DENYING PETITION

This is an original petition for a writ of mandamus or prohibition challenging a district court order denying a motion to dismiss in an inverse condemnation action.

Having considered the State's petition and points raised during oral argument, and without deciding upon the merits of any claims raised therein, we are not persuaded the State has met its burden in demonstrating that our extraordinary intervention is warranted at this stage of the underlying litigation. NRS 34.170; *State, Dept. of Transp. v. Eighth Judicial Dist. Court,* 131 Nev. 411, 416, 351 P.3d 736, 740 (2015); *Westpark Owners' Ass'n v. Eighth Judicial Dist. Court,* 123 Nev. 349, 356, 167 P.3d 421, 426 (2007) (noting that writ relief is generally available only when there is no "plain, speedy and adequate remedy in the ordinary course of law," and an appeal from a final judgment or order is usually an adequate remedy (internal quotation marks omitted)).

The district court bifurcated the underlying action and it has been tried as to some issues but not others. The State filed the instant petition prior to the trial proceedings, which have not concluded. Without the benefit of a fully developed record from the trial proceedings below, and in light of the advanced stage of the underlying proceedings, we determine that extraordinary writ relief is not appropriate, and that the State has an adequate remedy in the form of an appeal from any adverse final judgment. *See D.R. Horton, Inc. v. Eighth Judicial Dist. Court,* 123 Nev. 468, 474-75, 168 P.3d 731, 736 (2007) ("Whether a future appeal is sufficiently adequate and speedy [depends] on the underlying proceedings' status, the types of issues raised in the writ petition, and whether a future appeal will permit

this court to meaningfully review the issues presented.") Accordingly, we ORDER the petition DENIED.[1]

_____, C.J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:     Hon. Scott N. Freeman, District Judge

_____

[1]The Honorable Michael Cherry, Justice, did not participate in the decision of this matter.

Attorney General/Carson City
University of Nevada, Reno, Office of General Counsel
Attorney General/Las Vegas
Maddox, Segerblom & Canepa, LLP
Gunderson Law Firm
Cozen O'Connor
Berger Kahn/Irvine
Law Office of David R. Houston
Cozen O'Connor/San Diego
Law Offices of Kenneth E. Lyon, III
Bauman Loewe Witt & Maxwell, PLLC/Scottsdale
Matthew L. Sharp, Ltd.
Durney & Brennan, Ltd./Reno
Glogovac & Pintar
Stephen H. Osborne
Grotefeld, Hoffmann, Schleither, Gordon, Ochoa & Evinger, LLP
Bradley Drendel & Jeanney
Henderson City Attorney
Churchill County District Attorney/Fallon
Fernley City Attorney
Sparks City Attorney
Reno City Attorney
Clark County District Attorney/Civil Division
Fallon City Attorney's Office
Washoe County District Attorney/Civil Division
Thorndal Armstrong Delk Balkenbush & Eisinger/Reno
Blanchard, Krasner & French
Washoe District Court Clerk

